United States District Court
Southern District of Texas
**ENTERED**
August 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Iris Castillo, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CASE NO. 4:21-cv-00821 |
| § | |
| HHS Environmental Services, LLC, § | |
| § | |
| Defendant. § | |

**ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE**

Before the Court is Plaintiff and Defendant's Joint Motion to Dismiss with Prejudice. Based on the parties' representation that they have reached a settlement of all claims, defenses, and disputes between them in this cause, and having considered the Motion, the Court is of the opinion that the Motion has merit and should be granted. IT IS THEREFORE ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims filed against Defendant are hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees, except as otherwise agreed to in writing among the parties.

SIGNED this _____ day of __ JUL 3 0 2021 __, 20___.

_____
UNITED STATES DISTRICT JUDGE